FILED
U.S. DISTRICT COURT
STATESBORO DIV.

2008 JAN -7 AM 11: 36

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

DANTÉ HAYWARD, )
)
    Plaintiff, )
v. )    Case No. CV607-068
)
MIKE KILE, Sheriff, DOCTOR )
SIDNEY JOE MORGAN, KEN )
KELLY; MARTY MARTINEZ, KAT )
GRIFFIN, JASON GARLAND, )
TREVIN MOORE, and GARY )
WEAVER, )
)
    Defendants. )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed. Accordingly, the Report and

Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

**SO ORDERED** this 7 day of Jan. , 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA